JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 891 -- In re Air Disaster at Detroit Metropolitan Airport, Detroit, Michigan, on December 3, 1990

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/04/26 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 THRU A-5), DECLARATION OF CARROLL E. DUBUC -- Filed by Deft. Northwest Airlines, Inc. -- SUGGESTED TRANSFEREE DISTRICT: E.D. MICHIGAN -- SUGGESTED TRANSFEREE JUDGE: ? -- w/cert. of svc. (received 4/25/91) (rh) |
| 91/05/07 | | APPEARANCES -- GERARD R. LEAR, ESQ. for William J. Hughes, Jr., etc., RICHARD E. BROWN, ESQ. for Hobart Zitto, et al., PERCY ANDERSON, ESQ. for McDonnell Douglas Corporation, MARK A. DOMBROFF, ESQ. for County of Wayne (sg) |
| 91/05/09 | | APPEARANCES -- EDWARD I. STILLMAN, ESQ. for Ravi Mawaha, et al.; John Caldwell, et al.; -- CARROLL E. DUBUC, ESQ. for Northwest Airlines, Inc. -- w/cert. of svc. (sg) |
| 91/05/15 | 2 | RESPONSE -- (to pldg. #1) Filed by defts. Wayne County's -- w/cert. of svc. (sg) |
| 91/05/16 | 3 | RESPONSE -- (to pldg. #1) Filed by defts. McDonnell Douglas Corporation -- w/cert. of svc. (sg) |
| 91/05/17 | | APPEARANCE -- WILLIAM L. MARTENS, ESQ. for Milio Rinna, et al. -- w/cert. of svc. (sg) |
| 91/05/30 | 4 | ADMENDED MOTION -- (to pldg. #1) -- To include Additional Action for transfer to the E.D. Michigan for pretrial proceedings -- Joseph E. Kutzel, et al. v. Northwest Airlines, Inc., E.D. New York -- Filed by deft. Northwest Airlines, -- w/cert. of svc. (sg) |
| 91/06/14 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on July 26, 1991 in Portland Maine (sg) |
| 91/07/26 | | WAIVERS OF ORAL ARGUMENT (hearing on 7/26/91 in Portland Maine) -- ALL PARTIES WAIVED (ds) |

JPML FORM 1A

B.2

## DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 891 -- _____

| Date | No. of Pldg. | Pleading Description |
|---|---|---|
| 91/08/07 | | CONSENT OF TRANSFEREE COURT -- For transfer of litigation to the Eastern District of Michigan to the Hon. Gerald E. Rosen for pretrial proceedings (rh) |
| 91/08/07 | | TRANSFER ORDER -- Transferring A-1; A-2 and A-6 to the Eastern District of Michigan pursuant to 28 U.S.C. §1407 -- Notified involved judges, clerks, counsel, panel judges and misc. recipients (rh) |
| 91/10/24 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-7 Kimberly Aven Burke, etc. v. Northwest Airlines, Inc., et al., S.D. Texas, C.A. No. H-91-2693 -- Notified involved counsel and judges (sg) |
| 91/11/05 | 5 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltf. in B-7 Kimberly Aven Burke, etc. v. Northwest Airlines, Inc., et al., S.D. Texas, C.A. No. H-91-2693 -- Notified involved counsel and judges (rh) |
| 91/11/15 | 6 | MOTION/BRIEF TO VACATE CTO -- Filed by plft. Kimberly Aven Burke in B-7 Kimberly Aven Burke, etc. v. Northwest Airlines, Inc., et al., S.D. Texas, C.A. No. H-91-2693 |
| 91/11/26 | 7 | RESPONSE -- (to pldg. #6) Northwest Airlines, Inc. -- w/cert. of svc. (received 11/25/91) (rh) |
| 91/12/19 | | HEARING ORDER -- Setting Opposition of pltf. Kimberly Aven Burke, etc. in B-7 to transfer for Panel Hearing in Phoenix, Arizona on January 31, 1992 -- Notified involved counsel, judges and clerks (rh) |
| 92/01/06 | 8 | SUBSEQUENT INFORMATION (re: Burke v. Northwest Airlines, Inc., C.A. No. H-91-2693) -- filed by Northwest Airlines, Inc. w/cert. of svc. (ds) |
| 92/01/24 | 9 | MOTION TO STAY TRANSFER ORDER AND TO POSTPONE JANUARY 31, 1992 HEARING -- filed by pltf. Kimberly Aven Burke w/svc. and exhibits A thru C (ds) |
| 92/01/29 | 10 | RESPONSE (to pldg. #9) -- filed by deft. Northwest Airlines, Inc. w/cert. of svc. (ds) |

JPML FORM 1A

p.3

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 891 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/01/31 | | HEARING APPEARANCE -- (**For Hearing on 1/31/92 in Phoenix, AZ**) WAYNE FISHER, ESQ. for Kimberly Aven Burke, etc. (rh) |
| 92/01/31 | | WAIVERS OF ORAL ARGUMENT -- (**For Hearing on 1/31/92 in Phoenix, AZ**) Wayne County and McDonnell Douglas Corp. (rh) |
| 92/02/05 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (B-8) Gerhard Joost, etc. v. McDonnel Douglas Corporation, et al., C.D. California, C.A. No. CV91-6978-AWT(EEX) -- Notified involved counsel and judges (kac) |
| 92/02/05 | | APPEARANCE -- MICHAEL L. BAUM for Gerard Joost (kac) |
| 92/02/10 | | TRANSFER ORDER -- (B-7) Kimberly Aven Burke, etc. v. Northwest Airlines, Inc., S.D. Texas, C.A. No. H-91-2693 -- Notified involved counsel, judges and clerks (kac) |
| 92/02/21 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (B-8) Gerhard Joost, etc. v. McDonnell Douglas Corporation, et al., C.D. California, C.A. No. CV91-6978 AWT (EEX) -- Notified involved clerks and judges (kac) |
| 92/04/27 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-9 Loughnane, etc. v. Northwest Airlines, Inc., S.D. New York, # 92-CIV-2216 -- Notified involved counsel and judges (rh) |
| 92/05/12 | 11 | NOTICE OF OPPOSITION TO CTO -- (B-9) Christine Loughnane, etc. v. Northwest Airlines, Inc., S.D. New York, C.A. No. 92-CIV-2216 -- Notified involved counsel and judges (kac) |
| 92/05/26 | 12 | MOTION, BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by plft. in B-9 **Christine Loughnane**, etc. v. Northwest Airlines, Inc., S.D. New York, #92-CIV-2216 -- w/**Exhibits** and cert. of svc. (rh) |
| 92/06/16 | 13 | REPLY (re: pldg. #12) -- Filed by deft. Northwest Airlines, Inc.'s w/cert. of svc. (dld) |
| 92/06/19 | | HEARING ORDER -- Setting opposition of pltf. **Christine Loughnane**, etc. (B-9) to transfer for Panel Hearing in Richmond, Virginia on July 31, 1992 -- Notified involved counsel, judges and clerks (bas) |

JPML FORM 1A

P.4

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **891** -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/07/30 | 14 | LETTER -- Filed by deft. Northwest Airlines, Inc. - Asking for Continuance (dld) - Denied per PDH 7/30/92 |
| 92/07/31 | | HEARING APPEARANCES -- (for Panel Hearing on July 31, 1992 in Richmond, Virginia) -- LORI B. LASSON, ESQ. for Christine Loughnane (kac) |
| 92/07/31 | | WAIVERS OF ORAL ARGUMENT -- (for Panel Hearing on July 31, 1992 in Richmond, Virginia) -- McDonnell Douglas Corporation (kac) |
| 92/08/14 | 15 | HEARING ORDER -- setting opposition of pltf. Christine Loughnane, etc. to transfer for Panel hearing in Colorado Springs, Colorado, on September 25, 1992 -- Notified involved clerks, judges and counsel (ds) |
| 92/09/21 | 16 | LETTER -- pltfs. withdrawing opposition to deft.'s motion to transfer **Loughnane** (re: **B-9** Christine Loughnane v. Northwest Airlines, Inc., S.D. New York, C.A. No. 92-CIV-2216) and will not appear before Panel Hearing on September 25, 1992 -- (bas) |
| 92/09/22 | | ORDER LIFTING STAY OF CONDITION TRANSFER ORDER AND VACATING SEPT. 25, 1992 HEARING -- **(B-9)** CHRISTINE LOUGHNANE, ETC. V. NORTHWEST AIRLINES, INC., S.D. N.Y., 92-2216 -- NOTIFIED INVOLVED COUNSEL, JUDGES AND CLERKS (LEG) |
| 92/11/23 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- **(B-12)** Robert B. Shust, etc. v. Northwest Airlines, Inc., W.D. Penn., C.A. No. 2:92-CV-2199 -- Notified involved counsel and judges (bas) |
| 92/12/09 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- **(B-12)** Robert B. Shust, etc. v. Northwest Airlines, Inc., W.D. Penn., C.A. No. 2:92-CV-2199 -- Notified involved clerks and judges (nng) |